# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael David Stork<br>    Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6<br>    Movant<br> vs.  | NO. 22-11782 PMM |
| Michael David Stork<br>    Debtor(s)<br><br>Scott F. Waterman<br>    Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW , this _____ day of _____, 2022 at Reading, upon consideration of the Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

                                 United States Bankruptcy Judge.