**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael David Stork<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6<br>　　　　　　　　　Movant<br>　　vs.  | NO. 22-11782 PMM |
| Michael David Stork<br>　　　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman<br>　　　　　　　　　Trustee | |

**ORDER**

AND NOW, this  6th  day of  December , 2022 at Reading, upon consideration of the Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge.