United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 22-11782-pmm

Michael David Stork      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Michael David Stork, 9174 Old Route 22, Bethel, PA 19507-9719 |
| cr | + THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Dec 07 2022 00:20:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Michael David Stork claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | |

District/off: 0313-4                            User: admin                                    Page 2 of 2
Date Rcvd: Dec 06, 2022                         Form ID: pdf900                              Total Noticed: 3

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Michael David Stork | CHAPTER 13 |
| Debtor(s) | |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-6 | |
| Movant | NO. 22-11782 PMM |
| vs. | |
| Michael David Stork | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman | |
| Trustee | |

## ORDER

AND NOW , this   6th   day of   December   , 2022 at Reading, upon consideration of the Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties.  However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

_____
United States Bankruptcy Judge.