**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Michael David Stork | Case # 22-11782-PMM |
| Debtor | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

    I, Charles Laputka, Esquire, do hereby certify that on the 4th day of January, 2023, a true and correct copy of the Debtor's Motion to Dismiss was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and the parties listed below via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Scott F. Waterman, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606
ECFMail@ReadingCh13.com

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Denise Elizabeth Carlon, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com

Specialized Loan Servicing, LLC
6200 S Quebec St – Ste 300
Greenwood Village, CO 80111

Cavalry SPV I LLC
PO Box 4252
Greenwich, CT 06831-2200

Brian Craig Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bnicholas@kmllawgroup.com

                                                                     /s/ Charles Laputka, Esquire
                                                                     Charles Laputka, Esq.
                                                                     Attorney for Debtor
                                                                     PAID: 91984
                                                                     1344 W. Hamilton St.

Allentown, PA 18102
claputka@laputkalaw.com