## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Michael David Stork**                                    **Case # 22-11782-PMM**

**Debtor**                                              **CHAPTER 13**

## ORDER

---

Upon consideration of the Debtor's Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy code, and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtors to request the voluntary dismissal of the Chapter 13 proceeding,

**IT IS HEREBY ORDERED** that the Chapter 13 bankruptcy proceeding filed by the Debtor and docketed to No. 22-11782-PMM in the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby **DISMISSED** without prejudice.

**By the Court:**

**Date: January 12, 2023**

_____

**Patricia M. Mayer**
**United States Bankruptcy Judge**