United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-11782-pmm

Michael David Stork Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Jan 12, 2023    Form ID: pdf900    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael David Stork, 9174 Old Route 22, Bethel, PA 19507-9719 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14704270 | | David J. Apothaker, Esq, 520 Fellowship Road, Suite C 306, Mount Laurel, NJ 08054-3410 |
| 14704273 | + | Parker McCay PA, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 14704277 | + | Weltman Weinberg & Reis, 170 South Independence Mall W, Ste 874, Philadelphia, PA 19106-3334 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 13 2023 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2023 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2023 00:35:00 | HSBC Bank USA, National Association, 6200 S. Quebec Street, Suite 300, Greenwood Village, CO 80111-4720 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14713231 | | Email/Text: amcgill@debtone.com | Jan 13 2023 00:35:00 | CREDITONE, LLC, P.O. BOX 625, METAIRIE, LA 70004-0625 |
| 14704268 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2023 00:35:00 | Cavalary Portfolio Services, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 14714684 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2023 00:35:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14704269 | + | Email/Text: EDI@CACIONLINE.NET | Jan 13 2023 00:35:00 | Consumer Adjustment Co, 514 Earth City Plaza - Ste 100, Earth City, MO 63045-1303 |
| 14741475 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2023 00:35:00 | HSBC Bank USA, NA, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14704271 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2023 00:35:00 | Midland Credit Management, 350 Camino Del La Reina - Ste 100, San Diego, CA 92108-3007 |
| 14706217 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 13 2023 00:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14704274 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2023 00:36:52 | Portfolio Recovery Associates, 120 Corporate |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Blvd., Suite 100, Norfolk, VA 23502 |
| 14711509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2023 00:36:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14706981 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14704276 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:30 | SYNCB/Lowes, 4125 WindWard Plaza, Alpharetta, GA 30005-8738 |
| 14704275 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2023 00:35:00 | Specialized Loan Services, 8742 Lucent Blvd., Suite 300, Littleton, CO 80129-2386 |
| 14704818 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 13 2023 00:36:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14729053 | ^ | MEBN | Jan 13 2023 00:25:05 | The Bank of New York Mellon, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14709821 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 13 2023 00:35:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14704272 | ##+ | National Recovery Agency, 4201 Crums Mill Rd, Harrisburg, PA 17112-2893 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Michael David Stork claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 12, 2023 | Form ID: pdf900 | Total Noticed: 24 |

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Michael David Stork** | **Case # 22-11782-PMM** |
| **Debtor** | **CHAPTER 13** |

**ORDER**

    Upon consideration of the Debtor's Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy code, and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtors to request the voluntary dismissal of the Chapter 13 proceeding,

    **IT IS HEREBY ORDERED** that the Chapter 13 bankruptcy proceeding filed by the Debtor and docketed to No. 22-11782-PMM in the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby **DISMISSED** without prejudice.

                                                                                          **By the Court:**

*/s/ Patricia M. Mayer*

**Date: January 12, 2023**

                                                         **Patricia M. Mayer**
                                                         **United States Bankruptcy Judge**